# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

---

### NO. 03-14-00173-CR

---

**In re Tracy D. Cluck**

**Brian Taylor, Appellant**

**v.**

**The State of Texas, Appellee**

---

### FROM THE DISTRICT COURT OF BURNET COUNTY, 33RD JUDICIAL DISTRICT
### NO. 38660, HONORABLE DANIEL H. MILLS, JUDGE PRESIDING

---

## O R D E R   T O   S H O W   C A U S E

**PER CURIAM**

   This is a contempt proceeding ancillary to the appeal of Brian Taylor. The subject of this proceeding is attorney Tracy D. Cluck, who has failed to comply with this Court's order to file the appellant's brief.

   Appellant's brief was originally due September 24, 2014. This Court has granted Mr. Cluck two extensions of time to file the brief. The most recent extension was granted by order on December 31, 2014, in which the Court extended the deadline to February 27, 2015. That order also warned Mr. Cluck that no further extensions of time will be granted. Mr. Cluck has now filed a third motion for extension of time requesting an additional 30 days to file the brief.

Tracy D. Cluck is therefore ordered to appear in person before this Court on **March 25, 2015, at 1:30 p.m.**, in the court room of this Court, located in the Price Daniel, Sr. Building, 209 West 14th Street, City of Austin, Travis County, Texas, to show why he should not be held in contempt and sanctions imposed for his failure to obey the December 31 order of this Court. This order to show cause will be withdrawn and Mr. Cluck will be relieved of his obligation to appear before this Court as ordered above if the Clerk of this Court receives the appellant's brief by 5:00 p.m. on March 23, 2015.

It is ordered on March 11, 2015.

Before Justices Puryear, Pemberton, and Field

Do Not Publish